IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Peggy Michael,                                       Case No. 3:20 CV 1861

              Plaintiff,                     <u>AMENDED DISMISSAL ORDER</u>

          -vs-                                       JUDGE JACK ZOUHARY

Rebecca Conklin Kleiboemer, etc.,

              Defendant.

This Court held discussions with counsel over the past weeks. This Court approves the dismissal of the Section 1983/First Amendment claims with prejudice. Common law tort claims remain pending the submission of a final settlement agreement.

Counsel represent this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the final settlement agreement.

IT IS SO ORDERED.

                                                               s/ *Jack Zouhary*
                                                               JACK ZOUHARY
                                                               U. S. DISTRICT JUDGE

                                                               March 27, 2025